Jacob Dilcher, Respondent, v. Michael Nellany, Appellant.

(Submitted November 14, 1910; decided November 22, 1910.)

Motion for re-argument denied, with ten dollars costs.    (See 199 N. Y. 572.)

---

Achille J. Oishei, Appellant, v. Pietrina D'Ancona, by Her Guardian ad Litem, Pietro D'Ancona, Defendant, and Borden's Condensed Milk Company, Respondent.

(Submitted November 14, 1910; decided November 22, 1910.)

Motion for re-argument denied, with ten dollars costs.    (See 199 N. Y. 588.)

---

The People of the State of New York ex rel. Long Acre Electric Light and Power Company, Respondent, v. The Public Service Commission for the First District of the State of New York et al., Appellants.

(Submitted October 24, 1910; decided November 22, 1910.)

Motion for re-argument of motion to dismiss appeal denied, with ten dollars costs.    (See 199 N. Y. 254.)

---

Joseph Seligman, Respondent, v. Albert Friedlander, Defendant.

Marie Friedlander et al., as Executors of Albert Friedlander, Deceased, Appellants.

(Submitted November 14, 1910; decided November 22, 1910.)

Motion for re-argument denied, without costs, upon the ground that the erroneous statement of fact did not affect the result.    (See 199 N. Y. 373.)